## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIVA STEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BAZAARVOICE, INC., THOMAS J. MEREDITH, GENE AUSTIN, CRAIG A. BARBAROSH, KRISTA BERRY, STEVE H. BERKOWITZ, JEFFREY HAWN, and ALLISON M. WING,<br><br>Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:18-cv-00067-VAC-CJB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Shiva Stein ("Plaintiff") hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to claims on behalf of the putative class in the Action.   No class has been certified in the Action.

Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated:  June 19, 2018

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:  */s/ Michael Van Gorder*
Michael Van Gorder (#6214)
20 Montchanin Road, Suite 145
Wilmington, DE 19807

| | |
|---|---|
| **OF COUNSEL:**<br><br>Gregory M. Nespole<br>Gloria Kui Melwani<br>Kevin G. Cooper<br>**WOLF HALDENSTEIN ADLER**<br>**FREEMAN & HERZ LLP**<br>270 Madison Avenue<br>New York, New York 10016<br>Tel: 212-545-4600<br>Fax: 212-686-0114<br>Email: gmn@whafh.com<br>Email: melwani@whafh.com<br>Email: cooper@whafh.com<br><br>*Counsel for Plaintiff* | Tel.: (302) 482-3182<br>Email: mvangorder@faruqilaw.com<br><br>*Counsel for Plaintiff* |